# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CIARAN RORY O'CONNOR | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No.   13-cv-03321 |
| | ) | |
| THE BOEING COMPANY | ) | Judge: Charles R. Norgle, Sr. |
| | ) | Magistrate Judge: Maria Valdez |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties in the above-entitled action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, through their respective attorneys, stipulate and agree to the following:

1) Plaintiff, Ciaran Rory O'Connor, hereby dismisses this matter with prejudice; and

2) All of the above actions are taken without costs to either party, all matters in controversy having been resolved.

COUNSEL FOR PLAINTIFF:

/s/John R. Hayes
John R. Hayes (ARDC No. 6286365)
Hayes Lango LLP
4256 N. Ravenswood Ave, Suite 217
Chicago, IL 60613

COUNSEL FOR DEFENDANT:

/s/ Michael H. Cramer
Michael H. Cramer (ARDC No. 6199313)
Taylor N. Rollinson (ARDC No. 6293657)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606