# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ciaran R O'Connor

                  Plaintiff,

v.                                         Case No.: 1:13–cv–03321
                                                Honorable Charles R. Norgle Sr.

The Boeing Company

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 31, 2013:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed with prejudice pursuant to Stipulation to Dismiss [15]. Civil case terminated. Mailed. notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.